**SO ORDERED.**

**SIGNED this 10th day of September, 2009.**

_____
**LEIF M. CLARK**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-51149-LMC-13 |
| | § | |
| KATHERINE M. GOLDEY, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| U.S. BANK, N.A. ITS | § | |
| ASSIGNS AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
|    Movant | § | HEARING DATE:_____ |
| | § | |
| v. | § | TIME:_____ |
| | § | |
| JAMES M. GOLDEY, | § | |
| Co-Debtor; and MARION A. | § | |
| OLSON, Trustee | § | |
|    Respondents | § | JUDGE LEIF M. CLARK |

## ORDER LIFTING STAY AS TO CO-DEBTOR

On this day came on before the Court the Motion of U.S. BANK, N.A. ITS ASSIGNS

AND/OR SUCCESSORS IN INTEREST, Movant, for Relief from the Automatic Stay. The

Court is advised that after proper notice and timely service of the Motion, no response has

been filed and the Motion should be granted. Therefore, it is

ORDERED that the stay of 11 U.S.C. §1301 is terminated with respect to Movant on

the following described property, to wit:

> LOT 66, BLOCK 45, NEW CITY BLOCK 18746, GREAT NORTHWEST, UNIT 28,
> CITY OF SAN ANTONIO, BEXAR COUNTY, TEXAS ACCORDING TO PLAT
> RECORDED IN 9400/84, DEED AND PLAT RECORDS, BEXAR COUNTY,
> TEXAS.

It is further

ORDERED that the provision of Rule 4001 (a) (3), Federal Rules of Bankruptcy Procedure

is hereby waived and U.S. BANK, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN

INTEREST may immediately enforce and implement this Order Lifting Stay.

# # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ YVONNE KNESEK-FOLTZ
    YVONNE KNESEK-FOLTZ
    TX NO. 11591800
    610 WEST 5TH STREET SUITE 602
    AUSTIN, TX 78701
    Telephone: (512) 477-0008
    Facsimile: (512) 477-1112
    E-mail: WDECF@BBWCDF.COM
    ATTORNEY FOR MOVANT